# CSM Legal, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620
ramsha@csm-legal.com

March 17, 2022

**VIA ECF**

Judge John P. Cronan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

　　　　　　　Re:　　Baten et al v. MVNBC Corp. et al
　　　　　　　　　　　Index No. 21-cv-07571-JPC

Your Honor:

　　　　This office represents Plaintiffs in the above captioned matter. This letter is written jointly to respectfully request an adjournment of the Initial Conference currently scheduled from April 4, 2022 to April 21, 2022. This is the first such request. The reason for this request is because Plaintiff's Counsel is scheduled for a trial on April 4, 2022.

　　　　We thank the Court for its attention to this matter.

　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Ramsha Ansari
　　　　　　　　　　　　　　　　　　　　　　Ramsha Ansari, Esq.

cc: All counsel (VIA ECF)

---

The request to adjourn the April 4, 2022 Initial Pretrial Conference is granted. The parties shall appear for an Initial Pretrial Conference on May 19, 2022 at 10:30 a.m. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

SO ORDERED.
Date: March 21, 2022
　　　　New York, New York

JOHN P. CRONAN
United States District Judge

*Certified as a minority-owned business in the State of New York*