```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
NEFTALI BATEN, et al.,                                                 :
                                                                       :
                                Plaintiffs,                            :
                                                                       :       21 Civ. 7571 (JPC)
                -v-                                                    :
                                                                       :              ORDER
                                                                       :
MVNBC CORP., et al.,                                                   :
                                                                       :
                                Defendants.                            :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Initial Pretrial Conference scheduled for May 19, 2022, at 10:30 a.m., *see* Dkt. 26, is adjourned until May 23, 2022 at 10:00 a.m.

SO ORDERED.

Dated: April 19, 2022
New York, New York

                                                  JOHN P. CRONAN
                                           United States District Judge