```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                        :
NEFTALI BATEN, et al.,                                  :
                                                        :
                                                        :
                        Plaintiffs,                     :
                                                        :       21 Civ. 7571 (JPC)
                -v-                                     :
                                                        :       ORDER
                                                        :
                                                        :
MVNBC CORP., doing business as BENVENUTO               :
CAFÉ, et al.,                                           :
                                                        :
                        Defendants.                     :
                                                        X
-----------------------------------------------------------------------
```

JOHN P. CRONAN, United States District Judge:

The Court has reviewed the parties' proposed case management plan, Dkt. 28, and finds it to be acceptable. The Court will sign and enter the case management plan on the docket. If there is anything further that the parties would like to discuss at a conference, the parties shall file a letter advising the Court, at which time the Court will schedule a conference as necessary. Otherwise, the Initial Pretrial Conference scheduled for May 23, 2022 is adjourned *sine die*, and the Court will instead schedule a post-discovery conference.

SO ORDERED.

Dated: May 20, 2022
       New York, New York

_____
JOHN P. CRONAN
United States District Judge